Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER C. DIGGS

    PLAINTIFF

V.    CIVIL ACTION NO. 1:15CV186-SA-DAS

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY

    DEFENDANT

DEPOSITION OF CHRISTOPHER DIGGS

Taken at the instance of the Defendant at Waide & Associates, P.A., 332 North Spring Street, Tupelo, Mississippi 38802, on Thursday, September 8, 2016, beginning at 10:04 a.m.

NIKKI L. LLOYD, CCR #1870

Job No. CS2360764

Page 2

```
 1     APPEARANCES:
 2
 3             RON WOODRUFF, Esquire
               Waide & Associates, P.A.
 4             332 North Spring Street
               Tupelo, Mississippi  38802
 5             rlw@waidelaw.com
 6
                       COUNSEL FOR PLAINTIFF
 7
 8
               R. PEPPER CRUTCHER, JR., Esquire
 9             Balch & Bingham, LLP
               188 East Capitol Street, Suite 1400
10             Jackson, Mississippi  39201
               pcrutcher@balch.com
11
12                     COUNSEL FOR DEFENDANT
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   Q    -- I think I understand correctly that you say
2   they did this, that is not returning you to active duty,
3   because of your race.
4   A    Yes, sir.
5   Q    And you also say they did it because of your
6   disability; is that correct?
7   A    Yes, sir.
8   Q    And we'll get into the specifics of the
9   disability later.
10       Are there any other bad motives you think
11  caused BNSF not to grant, so far, your request to return
12  to active duty?
13  A    No, sir, not that I know of.
14  Q    All right.  Now, you're aware, aren't you,
15  that the doctor at BNSF who is evaluating your request
16  for active duty is named Dr. Laura Gillis?
17  A    Yes.  Yes, sir.
18  Q    All right.  Have you ever met her?
19  A    No, sir.
20  Q    Is there anybody else who you believe is
21  actually making the decision either for or along with
22  Dr. Gillis?
23  A    Make the decision?
24  Q    To -- either to deem you medically fit or not
25  deem you medically fit to return to active duty.

Page 30

1        signature on it or --
2            MR. CRUTCHER: Yes, not -- not his lawyer's,
3        not somebody else for you.
4            MR. WOODRUFF: Lawyers, doctors --
5        Q    (BY MR. CRUTCHER) That you personally, Chris
6    Diggs, communicating directly, personally to Dr. Gillis.
7    Am I missing something that you're aware of?
8        A    I think -- I'm getting confused, because I
9    received documentation from BNSF from the medical
10   department about returning to work.
11       Q    Right.
12       A    And I sent it back, so I think it was to
13   Dr. Gillis' office.
14       Q    Right.
15       A    But I can't remember if it was specifically to
16   Dr. Gillis.
17       Q    Right. That's what I'm -- that's what I'm
18   interested in, something you addressed to Dr. Gillis
19   personally.
20       A    I can't remember. I just don't recall.
21       Q    All right. Behind Tab 5 in your binder, I've
22   copied a number of communications from Dr. Gillis
23   addressed personally to you.
24       A    Yes.
25           (Exhibit 5 marked for identification.)

Page 31

1  Q    (BY MR. CRUTCHER) Would you look at those
2  please, and tell me if you know if I missed any. Again,
3  these are things that she addressed personally to you,
4  not to your lawyers, not to your physicians.
5  A    Yes, sir. I -- I -- I can recall this. This
6  is what I was talking about.
7  Q    Okay. Do you know if I've -- I've left out
8  any communication, written communications, that
9  Dr. Gillis addressed personally to you from this
10 collection here behind Tab 5?
11 A    No, sir, not that I know of.
12 Q    Now, I think I can cut this next one off.
13 You're aware that your lawyers have addressed
14 communications to Dr. Gillis, right?
15 A    Yes, sir.
16 Q    But I'll bet you couldn't tell me if any stack
17 of them was all of them, right?
18 A    I don't understand.
19 Q    Have you seen every one of them or do you
20 think you've seen every one of them that your lawyers
21 have sent Dr. Gillis?
22 A    Yes, sir.
23 Q    You do?
24 A    I think I have.
25 Q    Okay. Then let's look at Tab 6.

Page 40

1  Q   And you appealed the determination, but you
2  lost that case for railroad retirement benefits?
3  A   Yes, sir.
4  Q   And I'm trying to cut through a lot of paper
5  here. But you recall that the determination in that
6  Railroad Retirement Board case was that you were
7  disabled from a job that you had done at BNSF but not
8  from all employment, correct?
9  A   Yes, sir, right.
10 Q   So would you look behind Tab 20, please.
11     MR. WOODRUFF:  I'm sorry. What exhibit?
12     MR. CRUTCHER:  Tab 20.
13     MR. WOODRUFF:  20?
14     (Exhibit 20 marked for identification.)
15 Q   (BY MR. CRUTCHER) Uh-huh. Do you recall
16 having seen this before?
17 A   Yes, sir.
18 Q   Okay. This is the Railroad Retirement Board
19 decision that deemed you disabled from BNSF work, but
20 not all work, correct?
21 A   Yes, sir.
22 Q   Did you ever apply for Social Security
23 disability income?
24 A   No, sir.
25 Q   Okay. Do you know your -- strike that. I'm

Page 43

1  surgery?
2      A    No, I don't -- I hate to -- I don't have the
3  exact date.
4      Q    Do you remember if it was after the surgery
5  that you asked Dr. Boles to send a note to BNSF saying
6  you could return to work?
7      A    I think it was after the surgery that I asked
8  Dr. Boles to send a note that I could do the job that I
9  was doing in Amory, Mississippi.
10     Q    Okay.  Now, look behind Tab 22, please, and
11 tell me if you remember getting a letter like this from
12 BNSF -- except, obviously, being signed by the sender --
13 after you asked Dr. Boles to send that note to BNSF.
14     A    Yes, sir.
15     Q    Okay.  Had any physicians told you that you
16 were medically fit to return to your former job at BNSF
17 between July 2010 and July 2014?
18          MR. WOODRUFF:  What year?
19          (Exhibit 22 marked for identification.)
20     Q    (BY MR. CRUTCHER) My question is:  Had any
21 physicians treating you told you that you were medically
22 fit to return to your former job at BNSF between
23 July 2010 and July 2014?
24     A    No, sir.
25     Q    Who is the first physician to tell you that