IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHRISTOPHER C. DIGGS                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:15CV186-SA-DAS

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY                                                DEFENDANT

ORDER

For the reasons fully articulated in a separate Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [66] is GRANTED. Plaintiff's claims are hereby DISMISSED. CASE CLOSED.

It is SO ORDERED this the 20th day of April 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE